UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NOTE: In order to appear before this court an attorney must either be a member in good standing of this court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

**JEFFREY SZORIK,**

**Plaintiff,**

v.

**SAFEGUARD STORAGE PROPERTIES LLC,**

**Defendant.**

Case No.:

FILED: AUGUST 26, 2008
08CV4874
JUDGE ZAGEL
MAGISTRATE JUDGE COLE

AO

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**SAFEGUARD STORAGE PROPERTIES LLC**

| | |
|---|---|
| SIGNATURE | /s/ Kevin D. Kelly |
| FIRM | Locke Lord Bissell & Liddell LLP |
| STREET ADDRESS | 111 South Wacker Drive, Suite 4300 |
| CITY/STATE/ZIP | Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6270054 | (312) 443-0217 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES __X__ | NO _____ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES _____ | NO __X__ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES __X__ | NO _____ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY: | YES __X__ | NO _____ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL _____        APPOINTED COUNSEL _____