# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **JEFFREY SZORIK,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) **Case No. 08 CV 4874** ) |
| **SAFEGUARD STORAGE PROPERTIES LLC,** | ) **Judge Zagel** ) **Magistrate Judge Cole** ) ) |
| **Defendant.** | ) |

## NOTICE OF MOTION

TO:  Sean Brendan Crotty, Esq.
scrotty@colemanlawfirm.com

Please take notice that on Tuesday, September 2, 2008, at 10:15 a.m., or as soon thereafter as the matter may be heard, Defendant Safeguard Storage Properties LLC, by and through its attorneys, shall appear before the Honorable Judge James B. Zagel, or whoever may be sitting in his stead, in the courtroom usually occupied by him, at the United States District Courthouse, 219 South Dearborn Street, Room 2503, Chicago, Illinois, and shall then and there present Defendant's Unopposed Motion for Remand to State Court, a copy of which is filed herewith.

Date:   August 27, 2008

Respectfully submitted,

SAFEGUARD STORAGE PROPERTIES LLC

By:   /s/ Kevin D. Kelly
One of Its Attorneys

Kevin D. Kelly
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive, Suite 4300
Chicago, Illinois  60606
(312) 443-0217

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2008, I electronically filed the foregoing NOTICE OF MOTION for Unopposed Motion for Remand to State Court with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Sean Brendan Crotty                    scrotty@colemanlawfirm.com


    /s/Kevin D. Kelly